UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-323(1) RHK/AJB

United States of America,

          Plaintiff,

v.                         **ORDER FOR APPOINTMENT OF COUNSEL**

Carlos Maurice Harris,

          Defendant.

The Court finds that it is in the interest of justice that Julius Nolen, a member of the CJA Conflicts Panel for the District of Minnesota be appointed as an additional attorney for limited purposes pertaining to the representation of the defendant before this Court.

IT IS HEREBY ORDERED that additional counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: February 8, 2011                       s/Richard H. Kyle
                                                        Honorable Richard H. Kyle
                                                        United States District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-323(1) RHK/AJB

United States of America,

           Plaintiff,

v.

Carlos Maurice Harris,

           Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

    The Court finds that it is in the interest of justice that Julius Nolen, a member of the CJA Conflicts Panel for the District of Minnesota be appointed as an additional attorney for limited purposes pertaining to the representation of the defendant before this Court.

    IT IS HEREBY ORDERED that additional counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: February 8, 2011

s/Richard H. Kyle
Honorable Richard H. Kyle
United States District Court Judge