**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

___

United States of America,  Criminal No. 10-323 (RHK/AJB)

        Plaintiff,  **ORDER**

v.

Carlos Maurice Harris (1), and
Ronald Harold Moore (2),

        Defendants.

___

Before the Court are the Objections of Defendants Harris and Moore to the April 8, 2011 Report and Recommendation of Chief Magistrate Judge Arthur J. Boylan in which Judge Boylan recommended the denial of various pretrial motions of the Defendants.

The undersigned has conducted a de novo review of Judge Boylan's recommended disposition of the eight Motions before him.  That review has included not only the Report and Recommendation and the Objections thereto, but also the memoranda filed by counsel for the Defendants and the United States, as well as a 230-page transcript of the February 14, 2011 Pretrial Motions Hearing.

That review satisfies the Court that Judge Boylan's Report and Recommendation is thorough and well reasoned; its factual determinations fully supported by the record before him; and his conclusions and recommendations are fully supported by applicable and controlling legal principles.

Accordingly, and upon all the files, records, and proceedings herein, **IT IS ORDERED**:

  1. Each of Defendant Harris's Objections (Doc. No. 83) is **OVERRULED**;

  2. Each of Defendant Moore's Objections (Doc. No. 82) is **OVERRULED**; and

    3.    The Report and Recommendation (Doc. No. 80 as to Defendant Harris; Doc. No. 81 as to Defendant Moore) is **ADOPTED**;

With respect to Defendant Harris (CR-10-323 (01)), **IT IS ORDERED**:

    1.    The Motion to Suppress Eyewitness Identifications (Doc. No. 49) is **DENIED**;

    2.    The Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 55) is **DENIED**;

    3.    The Motion to Suppress Statements, Admissions, and Answers (Doc. No. 56) is **DENIED**; and

    4.    The "memorandum motion for severance of defendants" (Doc. No. 75) is **DENIED**.

With respect to Defendant Moore (CR-10-323 (02)), **IT IS ORDERED**:

    1.    The Motion for Severance and for <u>in camera</u> Review of Co-defendant's Statements (Doc. No. 34) is **DENIED**;

    2.    The Motion for Suppression of Identification Evidence (Doc. No. 43) is **DENIED**;

    3.    The Motion for Suppression of Evidence Obtained by Search and Seizure (Doc. No. 44) is **DENIED**; and

    4.    The Motion for Suppression of Statements (Doc. No. 45) is **DENIED**.

Dated:   June 8, 2011

                                            s/Richard H. Kyle  
                                            RICHARD H. KYLE  
                                            United States District Judge