# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-323 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Carlos Maurice Harris, | |
| Defendant. | |

Defendant's Motion Requesting Modification to Section No. 5 of the Plea Agreement (Doc. No. 123) is **DENIED**.

Dated:   February 7, 2012

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge